

September 4, 2020

**VIA E-FILING**
The Honorable Christopher J. Burke
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    ***ZapFraud, Inc., v. Mimecast North America, Inc. et al.*,**
           **C.A. No. 19-1690-CFC-CJB**
           *ZapFraud, Inc., v. Proofpoint, Inc.*,
           **C.A. No. 19-1691-CFC-CJB**
           *ZapFraud, Inc. v. FireEye, Inc.*,
           **C.A. No. 19-1688-CFC-CJB**
           *ZapFraud, Inc. v. Barracuda Networks, Inc.*,
           **C.A. No. 19-1687-CFC-CJB**

Dear Judge Burke,

    Pursuant to the Court's Order of July 30, 2020, we write on behalf of the parties in the above-captioned matters. The parties propose the following agenda outlining the allocation of time and order of presentation for the September 18, 2020 hearing. If acceptable to the Court, the parties intend to proceed with Mimecast, Proofpoint, and FireEye's Motions To Dismiss first, followed by Barracuda's Partial Motion to Dismiss. The proposed time allocations below are for each side.

| Motion | Time Allocated to Each Side |
|---|---|
| Mimecast, Proofpoint, FireEye's Motions to Dismiss | 45 minutes |
| Barracuda's Partial Motion to Dismiss | 20 minutes |

    Counsel are available at the convenience of the Court, should Your Honor have any questions.

                                    Respectfully submitted,

                                    */s/* Brian E. Farnan

                                    Brian E. Farnan

cc: All Counsel of Record (via E-Filing)