# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>FIREEYE, INC.<br><br>       Defendant. | Civil Action No. 19-cv-1688-CFC<br><br>**JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>MIMECAST NORTH AMERICA, INC.<br>MIMECAST UK LIMITED<br>MIMECAST SERVICES LTD.<br><br>       Defendants. | Civil Action No. 19-cv-1690-CFC<br><br>**JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>PROOFPOINT, INC.<br><br>       Defendant. | Civil Action No. 19-cv-1691-CFC<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION EXTENDING BRIEFING DEADLINES**

The parties, subject to the Court's approval, agree that the deadline for Plaintiff to object to the November 20, 2020 Report and Recommendation is extended to December 11, 2020 and the deadline for Defendants to respond to any such objection is extended to January 4, 2021.

| | |
|---|---|
| Dated: December 4, 2020 | Respectfully submitted, |
| FARNAN LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: 302-777-0300<br>Facsimile: 302-777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff ZapFraud, Inc.* | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Jennifer A. Ward (#6476)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jward@mnat.com<br><br>*Attorneys for Defendants Mimecast North America, Inc., Mimecast UK Limited, and Mimecast Services Ltd.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Jennifer A. Ward (#6476)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br>jward@mnat.com<br><br>*Attorneys for Defendant FireEye, Inc.* | /s/ David M. Fry<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant Proofpoint Inc.* |

IT IS SO ORDERED this ___ day of December 2020.

_____
The Honorable Christopher J. Burke