# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., <br><br> Plaintiff, <br> v. <br><br> FIREEYE, INC., <br><br> Defendant. | C.A. No.19-cv-1688-CFC-CJB <br><br><br> **JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC., <br><br> Plaintiff, <br> v. <br><br> MIMECAST NORTH AMERICA, INC., ET AL., <br><br> Defendant. | C.A. No. 19-cv-1690-CFC-CJB <br><br><br> **JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC., <br><br> Plaintiff, <br> v. <br><br> PROOFPOINT, INC., <br><br> Defendant. | C.A. No. 19-cv-1691-CFC-CJB <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S CERTIFICATION PURSUANT TO STANDING ORDER
FOR OBJECTIONS FILED UNDER FED. R. CIV. P. 72**

Plaintiff hereby certifies that its Objections to the November 20, 2020 Report and Recommendations issued by Magistrate Judge Christopher J. Burke do not raise new legal or factual arguments.

Dated: December 11, 2020

Respectfully submitted,

FARNAN LLP

*/s/* Brian E. Farnan

*Of Counsel:*
Jonas McDavit
Wen Xue
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
jmcdavit@desmaraisllp.com
wxue@desmaraisllp.com

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff ZapFraud, Inc.*